IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TANIA L. ZICKERT,                                                    ORDER

　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　23-cv-584-wmc
　　　v.

FRANK BISIGNANO,

　　　　　　　　　　　Defendant.

---

　　　Plaintiff Tania L. Zickert seeks judicial review of a final decision of defendant Frank Bisignano, Commissioner of the Social Security Administration, finding her not disabled within the meaning of the Social Security Act.   This matter was referred by me for a report and recommendation in accordance with Federal Rule of Civil Procedure 72(b)(1). (Dkt. #19.) Subsequently, United States Magistrate Judge Anita Boor considered plaintiff's motion for summary judgment.   (Dkt. #7.)

　　　In er report entered on April 9, 2026, Judge Boor recommended that this court grant in part and deny in part plaintiff's motion as follows: reversing and remanding on the grounds that the ALJ did not offer sufficient discussion of plaintiff's fibromyalgia symptoms; and affirming the ALJ's assessment of plaintiff's handling and fingering issues, as well as assessment of her claim of obesity.   (Dkt. #20 at 6.)   Despite being due on or before April 23, 2026, no objections have been received to the report and recommendation.

1

Accordingly,

ORDER

IT IS ORDERED:

1.  The magistrate judge's recommendation is ADOPTED.

2.  Plaintiff Tania Zickert's motion for summary judgment is GRANTED IN PART AND DENIED IN PART, and decision of the Commissioner is REVERSED IN PART and REMANDED for further proceedings consistent with Magistrate Judge Boor's Report and Recommendation and this Order.

Entered this 4th day of May, 2026.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge

2